## Thomas Hollis Weaver, Minor, by Cloe Weaver, Mother and Next Friend, Appellee, v. A. A. Sprague et al., Defendants. Bernard J. Fallon, Trustee of Chicago Rapid Transit Company, Appellant.

### Gen. No. 43,856.

opinion filed February 3, 1947; released for publication February 17, 1947. Gardner, Morrow, Fowler & Merrick and James K. Miller, for appellant; Walter M. Fowler, of counsel; Thomas M. Morris and Sears & Streit, for appellee; Barnabas F. Sears and Ralph C. Putnam, Jr., of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. **Not to be published in full.**